HERBERT C. POTTER, Respondent, v. INTERNATIONAL RAILWAY COMPANY and NORWOOD GARAGE, Appellants.— Judgment and orders affirmed, with costs. All concur.

GOLDA M. POTTER, Respondent, v. INTERNATIONAL RAILWAY COMPANY and NORWOOD GARAGE, Appellants.— Judgment and orders affirmed, with costs. All concur.

LUCY M. WANAMAKER, Respondent, v. WYOMING VALLEY FIRE INSURANCE COMPANY, Appellant, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. All concur.

MILTON J. COLE, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide event. All concur.

. BLANCHE COLE, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide event. All concur.

JANE A. SCHEFFER, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur.

LAZARUS KUPELIAN, Respondent, v. FREDERICK W. ANDREWS, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

DANIEL GRIFFITHS, Respondent, v. WALKER D. HINES, as Director General of Railroads, Appellant.—Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

RUDOLPH FRANKLIN and Another, Appellants, v. WALTER L. ROSS, as Receiver of TOLEDO, ST. LOUIS AND WESTERN RAILROAD COMPANY, and Others, Respondents.— Appeal dismissed, without costs, upon stipulation filed.

DANIEL COCO, Respondent, v. EDWARD JORDAN, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

ARTHUR J. MAHON, Appellant, v. JAMES M. E. O'GRADY and Others, Respondents.— Motion granted and appeal dismissed, with costs.

CARL EMIL MOLLER and Others, Respondents, v. CLARE A. PICKARD and Another, Appellants.— Appeal dismissed unless appellants shall file and serve the printed briefs on appeal and pay to respondents' attorneys ten dollars within twenty days, and shall be ready to argue the appeal on March eighth.

OTIS W. KENYON, Respondent, v. JOSEPH G. ROBIN, Appellant, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion granted to dismiss complaint as to the defendant Robin, with costs. All concur.

GUY W. ELLIS, Respondent, v. C. F. GARFIELD REAL ESTATE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur.